No. 499.  CRAWFORD *v.* SUPERIOR COURT OF CALIFORNIA ET AL.

Argued February 24, 25, 1930.  Decided March 3, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question.  *Wabash R. R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191.  Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938), certiorari is denied.  *Mr. Casper A. Ornbaun,* with whom *Messrs. Edson Abel, William H. Hunt,* and *Herbert W. Clark* were on the brief, for appellant.  *Messrs. U. S. Webb,* Attorney General of California, *Robert W. Harrison, George H. Harlan, Thomas P. Boyd,* and *Francis V. Keesling* on the brief for appellees.